UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    - v. -<br><br>ALEXANDER GULKAROV,<br>    a/k/a "Little Alex,"<br>ROMAN ISRAILOV,<br>    a/k/a "Roman Matatov,"<br>PETER KHAIMOV,<br>    a/k/a "Peter Khaim,"<br>ROBERT WISNICKI,<br>ANTHONY DIPIETRO,<br>ROLANDO CHUMACEIRO,<br>    a/k/a "Chuma,"<br>MARCELO QUIROGA, and<br>ALBERT ARONOV,<br><br>               Defendants. | **ORDER**<br><br>22 Cr. 20 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there will be a telephonic conference in this matter on

**Tuesday, January 18, 2022 at 4:00 p.m.**[1]

Dated: New York, New York
       January 14, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. The day before the conference, the parties will email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that they will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.