# Offices of Frederick P. Hafetz LLC

attorneys at law

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

March 31, 2022

<u>VIA ECF</u>

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 1, 2022

Re:   *United States v. Gulkarov et al.*
          22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request permission for Alexander Gulkarov to travel to Miami Florida for a short vacation. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

    Mr. Gulkarov's proposed trip would have him fly from New York City to Miami on Sunday April 3 and return to New York City on Wednesday April 6. The government and Pretrial have no objection to this proposed trip.

    I apologize for the short notice of this application which is due to our office's failure to submit the request earlier and is not due to Mr. Gulkarov who asked us to make this request last week.

    If the Court consents to this request, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

_____/s/_____
Noah E. Shelanski

cc:  All counsel (via ECF)