UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV,
ROMAN ISRAILOV,
PETER KHAIMOV,
ROBERT WISNICKI,
ANTHONY DIPIETRO,
ROLANDO CHUMACEIRO,
MARCELO QUIROGA, and
ALBERT ARONOV,

                  Defendants.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference previously scheduled for April 25, 2022, is adjourned to **June 28, 2022, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Upon the application of the United States of America, by and through Assistant United States Attorney Matthew Andrews, and with the consent of the Defendants, it is further ordered that the time between April 25, 2022 and June 28, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendants in a speedy trial, because it will provide defense counsel additional time to review discovery and to determine whether to file any pretrial motions.

Dated: New York, New York
      April 19, 2022

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge