# Offices of Frederick P. Hafetz LLC
attorneys at law

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

May 22, 2022

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

_/s/ Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.
Dated: May 23, 2022

Re: *United States v. Gulkarov et al.*
22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request permission for Alexander Gulkarov to travel to Fort Lauderdale, Florida for a short vacation with his family. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

    Mr. Gulkarov's proposed trip would have him fly from New York City to Fort Lauderdale on Friday June 10 and return to New York City on Wednesday June 15. The government and Pretrial have no objection to this proposed trip.

    If the Court consents to this request, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

_____/s/_____
Noah E. Shelanski

cc: All counsel (via ECF)