# OFFICES OF FREDERICK P. HAFETZ *LLC*

ATTORNEYS AT LAW

420 LEXINGTON AVENUE #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

June 8, 2022

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
**Dated: June 8, 2022**

Re:     *United States v. Gulkarov et al.*
            22-CR-00020 (PGG)

Dear Judge Gardephe:

I write to respectfully request a modification of Alexander Gulkarov's scheduled June 10-15 travel to Fort Lauderdale, Florida that Your Honor approved on May 23, 2022 (Dkt. # 105). Due to a recent birth in Mr. Gulkarov's immediate family, he would like to change his travel dates to depart New York City to Fort Lauderdale on Thursday June 16 and return to New York City on Tuesday June 21. The government and Pretrial have no objection to this proposed modification.

If the Court consents to this request, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

_____/s/_____
Noah E. Shelanski

cc:  All counsel (via ECF)