# Offices of Frederick P. Hafetz LLC
attorneys at law

---

420 Lexington Avenue #2818
New York, N.Y. 10170
Telephone: (212) 997-7400
Telecopier: (212) 997-7646

June 28, 2022

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

_/s/ Paul Gardephe_
Paul G. Gardephe, U.S.D.J.
Dated: June 30, 2022

      Re:    <u>United States v. Gulkarov et al.</u>
                22-CR-00020 (PGG)

Dear Judge Gardephe:

      I write to respectfully request permission for Alexander Gulkarov to travel to Miami, Florida for a short vacation to attend a friend's surprise party. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

      Mr. Gulkarov's proposed trip would have him fly from New York City to Miami on Wednesday June 29 and return to New York City on Friday July 1. The government and Pretrial have no objection to this proposed trip.

      I apologize for the short notice of this request, but Mr. Gulkarov only learned of the surprise party yesterday. If the Court consents to this request, I respectfully request that Your Honor "So Order" this letter.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Noah E. Shelanski

cc:  All counsel (via ECF)