UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

**ORDER**

ALEXANDER GULKAROV,
ROMAN ISRAILOV,
PETER KHAIMOV,
ROBERT WISNICKI,
ANTHONY DIPIETRO,
ROLANDO CHUMACEIRO,
MARCELO QUIROGA, and
ALBERT ARONOV,

22 Cr. 20 (PGG)

                    Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

            The conference previously scheduled for today is adjourned to **Monday, July 18,**

**2022, at 4:45 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40

Foley Square, New York, New York.

            Upon the application of the United States of America, by and through Assistant

United States Attorney Matthew Andrews, and with the consent of all Defendants (Dkt. No.

122), it is further ordered that the time between today and July 18, 2022 is excluded under the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The Court finds that the

granting of this continuance serves the ends of justice and outweighs the best interests of the

public and the Defendants in a speedy trial, because it will allow the parties to continue

discussions regarding a potential pretrial resolution of this matter.

Dated:  New York, New York
        July 6, 2022

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge