# Offices of Frederick P. Hafetz LLC
ATTORNEYS AT LAW

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

November 4, 2022

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

_/s/ Paul S. Gardephe_
Paul G. Gardephe, U.S.D.J.
Dated: November 4, 2022

Re: *United States v. Gulkarov et al.*
22-CR-00020 (PGG)

Dear Judge Gardephe:

    I respectfully request that the order granting Alexander Gulkarov permission to travel to Los Angeles on the dates between November 26th and November 30th, 2022 be modified to permit him to travel to Las Vegas between November 26th and November 30th, 2022. Both Pretrial services and the government have no objection to this modification in this request travel.

    If the Court consents to this request, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

_____/s/_____
Frederick Hafetz

cc: All counsel (via ECF)