# Offices of Frederick P. Hafetz LLC
ATTORNEYS AT LAW

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

December 1, 2022

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: *United States v. Gulkarov et al.*
22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request permission for Alexander Gulkarov to travel to the Miami, Florida area for a short vacation with his family. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

    Mr. Gulkarov's proposed trip would have him fly from New York City to Florida on Wednesday December 7 and return to New York City on Sunday December 11. The government and Pretrial have no objection to this proposed trip.

    If the Court consents to this request, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

    /s/
Noah E. Shelanski

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: December 2, 2022