# Offices of Frederick P. Hafetz LLC

ATTORNEYS AT LAW

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

February 11, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *United States v. Gulkarov et al.*
           22-CR-00020 (PGG)

Dear Judge Gardephe:

I write to respectfully request permission for Alexander Gulkarov to travel to the Miami, Florida area for two separate trips. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

Mr. Gulkarov's first proposed trip would be between Sunday March 12 and Thursday March 23, 2023. The second proposed trip would be between Sunday April 2 and Sunday April 16, 2023. The government and Pretrial have no objection to either proposed trip.

If the Court consents to these travel requests, I respectfully request that Your Honor "So Order" this letter.

           Respectfully submitted,

           s/ Noah E. Shelanski

cc: All counsel (via ECF)

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated: February 21, 2023