# Offices of Frederick P. Hafetz *LLC*

ATTORNEYS AT LAW

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

April 19, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

       Re:    *United States v. Gulkarov et al.*
                22-CR-00020 (PGG)

Dear Judge Gardephe:

     I write to respectfully request permission for Alexander Gulkarov to travel to the Miami, Florida area. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

     Mr. Gulkarov's proposed trip would be between Saturday April 29 and Friday May 5, 2023. The government and Pretrial have no objection to this trip.

     If the Court consents to this travel request, I respectfully request that Your Honor "So Order" this letter.

                        Respectfully submitted,

                       s/ Noah E. Shelanski

cc: All counsel (via ECF)

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated: April 21, 2023