UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV,
ROMAN ISRAILOV,
PETER KHAIMOV,
ROBERT WISNICKI, and
ALBERT ARONOV,

           Defendants.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    As stated at yesterday's hearing,

1. the parties will file the insurance policies relevant to Defendant Gulkarov's motion to partially dismiss Count One of the Indictment (Dkt. No. 144) as soon as possible;

2. by **May 16, 2023,** the Government will file its supplemental submission regarding whether allegedly false testimony and false statements made to the grand jury and law enforcement by the Defendants charged in Counts Four and Five of the Indictment are admissible against those Defendants named in Counts One, Two and Three as co-conspirator statements made in furtherance of the alleged healthcare fraud, money laundering, and Travel Act bribery conspiracies (see Fed. R. Evid. 801(d)(2)(E)); any Defendant wishing to address this issue will do so by **June 6, 2023;**

3. trial is scheduled for **November 20, 2023, at 9:30 a.m., in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York**. Motions in limine, proposed voir dire, and requests to charge are due by **October 13, 2023**. Responsive

papers are due by **October 20, 2023**.

Dated: New York, New York
April 26, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge