UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV,
ROMAN ISRAILOV,
PETER KHAIMOV,
ROBERT WISNICKI, and
ALBERT ARONOV,

           Defendants.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will submit supplemental briefs by **May 18, 2023** regarding what effect, if any, the Supreme Court's decision in Ciminelli v. United States, No. 21-1170, 2023 WL 3356526 (U.S. May 11, 2023) has on the health care fraud charges in the instant case.

Dated:  New York, New York
         May 12, 2023

                                        SO ORDERED.

                                        Paul G. Gardephe
                                        United States District Judge