# Offices of Frederick P. Hafetz LLC
ATTORNEYS AT LAW

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

May 30, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:    *United States v. Gulkarov et al.*
                  22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request permission for Alexander Gulkarov to travel to Hawaii. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

    Mr. Gulkarov's proposed trip would be between Saturday August 5 and Tuesday August 15, 2023. The government and Pretrial have no objection to this trip.

    If the Court consents to this travel request, I respectfully request that Your Honor "So Order" this letter.

                                                     Respectfully submitted,

                                                     s/ Noah E. Shelanski

cc: All counsel (via ECF)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: May 31, 2023