

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2023

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *United States v. Alexander Gulkarov, et al.,*
              22 Cr. 20 (PGG)

Dear Judge Gardephe:

    The Government and counsel for all defendants jointly write to request that the above-captioned trial begin on November 27, 2023 (the Monday after Thanksgiving) rather than November 20, 2023 (the Monday of Thanksgiving week). Defendant Aronov expects that his wife will give birth on November 20, 2023. In addition, both the Government and the defense have family obligations that make a trial date during Thanksgiving week extremely difficult. The parties will endeavor to streamline the presentation of the evidence as much as possible, such as by cutting custodial witnesses through the use of stipulations. The Government estimates that its case-in-chief should last approximately two weeks.

    Thank you for your consideration of this request.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        By:      /s/
             MATHEW ANDREWS
             ANDREW CHAN
             LOUIS A. PELLEGRINO
             Assistant United States Attorneys
             Tel.   (212) 637-6526

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*/s/ Paul S. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Dated:  July 14, 2023