# Offices of Frederick P. Hafetz LLC
attorneys at law

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

July 26, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *United States v. Gulkarov et al.*
              22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request permission for Alexander Gulkarov to travel to: (1) Florida; and (2) Las Vegas. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

    Mr. Gulkarov's first proposed trip is to Florida and would be between Thursday August 3 and Monday August 7, 2023.

    Mr. Gulkarov's second proposed trip is to Las Vegas and would be between Tuesday August 8 and Wednesday August 16, 2023.

    The government and Pretrial have no objection to either trip.

    If the Court consents to these travel requests, I respectfully request that Your Honor "So Order" this letter.

    I note that Mr. Gulkarov's previously scheduled trip to Hawaii between August 5-15, 2023 which was approved by the Court (Dkt. No. 235) has been canceled.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: July 27, 2023

cc: Al

Respectfully submitted,

s/ Noah E. Shelanski