

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    ***United States v. Marcelo Quiroga,* 22 Cr. 20 (PGG)**

Dear Judge Gardephe:

     The Government writes to request that the sentencing control date for Marcelo Quiroga be adjourned by six months. As the Court is aware, Quiroga is cooperating in the matter of *United States v. Gulkarov et al.,* 22 Cr. 20, and trial is scheduled for the end of November. The Government, of course, will immediately notify the Court if the remaining defendants plead guilty and trial is no longer necessary.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney for
                        the Southern District of New York

**MEMO ENDORSED:** Defendant
Quiroga's sentencing is adjourned to
February 5, 2024 at 2:00 p.m.

By:      /s/ Mathew Andrews     
     Mathew Andrews
     Assistant United States Attorney
     (212) 637-6526

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated:  August 3, 2023