# Offices of Frederick P. Hafetz LLC
attorneys at law

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

August 31, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

       Re:    *United States v. Gulkarov et al.*
             22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request permission for Alexander Gulkarov to travel to Florida. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

    Mr. Gulkarov's proposed trip to Florida would be between Wednesday September 6 and Thursday September 14, 2023.

    The government and Pretrial have no objection to this trip.

    If the Court consents to this travel request, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

s/ Noah E. Shelanski

cc: Al

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: September 5, 2023