# OFFICES OF FREDERICK P. HAFETZ *LLC*

ATTORNEYS AT LAW

---

420 LEXINGTON AVENUE #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

September 22, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul A. Gardephe
Paul G. Gardephe, U.S.D.J.

Date: Sept 22, 2023

Re: *United States v. Gulkarov et al.*
22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request permission for Alexander Gulkarov to travel to Florida. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

    Mr. Gulkarov's respectfully requests permission to travel back and forth between New York City and Florida, potentially on multiple trips, from Tuesday September 26 until Tuesday October 10.

    The government and Pretrial have no objection this travel request.

    If the Court consents to this travel request, I respectfully request that Your Honor "So Order" this letter.

Respectfully submitted,

s/ Noah E. Shelanski

cc: All counsel (via ECF)