UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A change-of-plea hearing will take place in this matter on **October 11, 2023 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         October 2, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge