UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ALEXANDER GULKAROV,<br>    a/k/a "Little Alex,"<br>ROMAN ISRAILOV,<br>    a/k/a "Roman Matatov,"<br>PETER KHAIMOV,<br>    a/k/a "Peter Khaim,"<br>ROBERT WISNICKI,<br>ANTHONY DIPIETRO,<br>ROLANDO CHUMACEIRO,<br>    a/k/a "Chuma,"<br>MARCELO QUIROGA, and<br>ALBERT ARONOV,<br>                             Defendants. | **ORDER**<br><br>22 Cr. 20 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Each Defendant will submit a letter by **October 6, 2023** stating whether any person other than the Defendant is paying their attorney's fees in this matter.

Dated: October 3, 2023
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge