# Offices of Frederick P. Hafetz LLC

ATTORNEYS AT LAW

---

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

October 10, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge United States
District Court Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *United States v. Gulkarov et al.*
             22-CR-00020 (PGG)

Dear Judge Gardephe:

    In response to the Court's Order dated October 6, 2023 (Dkt. No. 306), I set forth the identity of payors to me of the legal fees of Alex Gulkarov in the above-entitled case other than Mr. Gulkarov himself.

    I have received legal fees by check, wire transfer, or electronic credit from the following persons and/or entities:

- Rego Park Pharmacy
- Golden Star Solutions
- Makova Support Team INC
- ABL Bridgeport Reality LLC
- Artur Mullokandov
- Downtown Dental Sender
- Sholom Dekhkanov Mafrat Dekhkan
- 2340 Aqueduct Ave Is Bracha LLC

                                Respectfully submitted,

                                s/ Frederick P. Hafetz

cc:    All counsel (via ECF)