# Offices of Frederick P. Hafetz LLC
attorneys at law

420 Lexington Avenue #2818
New York, N.Y. 10170
Telephone: (212) 997-7400
Telecopier. (212) 997-7646

October 10, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    <u>United States v. Gulkarov et al.</u>
              22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request permission for Alexander Gulkarov to travel to Florida. The terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

    Mr. Gulkarov's respectfully requests permission to travel from New York City to Florida, between Sunday October 15 and Sunday October 22.

    The government and Pretrial have no objection to this travel request.

    If the Court consents to this travel request, I respectfully request that Your Honor "So Order" this letter.

                              Respectfully submitted,

                              s/ Noah E. Shelanski

cc: All counsel

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

_Paul S. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated:  October 11, 2023