# Offices of Frederick P. Hafetz LLC
### attorneys at law

---

420 Lexington Avenue #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

November 3, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *United States v. Gulkarov et al.*
               22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request an expansion of Alexander Gulkarov's bail travel restrictions to include travel to the Southern District of Florida. The current terms of Mr. Gulkarov's bond restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.

    I have communicated with Pretrial Services, and they have no objection to Mr. Gulkarov's travel restrictions being expanded to include the Southern District of Florida. The government has indicated that they defer to Pretrial Services on this request.

    If the Court consents to this bail modification application, I respectfully request that Your Honor "So Order" this letter.

                            Respectfully submitted,

                            E. Shelanski

cc: All counsel (via ECF)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: November 7, 2023