UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Defendant and his counsel are directed to appear for a conference with the Court on **December 19, 2023 at 3:00 p.m.** Counsel for the Government need not appear.

Dated: New York, New York
       December 14, 2023

                          SO ORDERED.

                          _____
                          Paul G. Gardephe
                          United States District Judge