# OFFICES OF FREDERICK P. HAFETZ LLC

ATTORNEYS AT LAW

420 LEXINGTON AVENUE #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

December 17, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re: <u>United States v. Gulkarov et al.</u>
           22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request that a Russian language interpreter be made available for defendant Alexander Gulkarov at the scheduled conference on Tuesday December 19, 2023 at 3:00 p.m. (Dkt. # 382).

Respectfully submitted,

s/ Noah E. Shelanski

cc: All counsel (via ECF)

**MEMO ENDORSED**: The application is granted. A Russian language interpreter will be made available for the December 19, 2023 conference.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Date: December 18, 2023