UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV,

              Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       As stated by the Court during today's conference, Frederick Hafetz's motion to withdraw as counsel for Defendant Alexander Gulkarov (Dkt. No. 377) is granted, subject to the Defendant obtaining new counsel. Mr. Hafetz will remain as counsel until the Defendant retains new counsel or counsel is appointed by the Court.

       Mr. Hafetz is directed to submit a letter by **January 2, 2024** apprising the Court of the Defendant's efforts to retain new counsel or to complete the necessary financial affidavit that would permit the Court to appoint counsel.

Dated: New York, New York
       December 19, 2023

                                   SO ORDERED.

                                   Paul G. Gardephe
                                   United States District Judge