# OFFICES OF FREDERICK P. HAFETZ *LLC*

ATTORNEYS AT LAW

---

420 LEXINGTON AVENUE #2818
NEW YORK, N.Y. 10170
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

December 21, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    <u>United States v. Gulkarov et al.</u>
                  22-CR-00020 (PGG)

Dear Judge Gardephe:

    I write to respectfully request that counsel for Mr. Gulkarov be given until January 4, 2024, to respond to the application submitted by Pretrial Services today for the modification of Mr. Gulkarov's bail conditions.

                        Respectfully submitted,

                        <u>s/ Noah E. Shelanski</u>

cc: All counsel (via ECF)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Dec 21 2023