UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV,

               Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government's response to Regina Shakarova's petition pursuant to 21 U.S.C. § 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure (Dkt. No. 450) is due **April 26, 2024**.

Dated:  New York, New York
         April 19, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge