UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV, PETER
KHAIMOV, and ROMAN ISRAILOV,

                    Defendants.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government is directed to respond to the arguments raised in Defendant

Roman Israilov's letter dated July 30, 2024 (Dkt. No. 539) by **August 14, 2024.** The

Government will submit proposed orders of restitution as to Defendants Israilov, Gulkarov, and

Khaimov by **August 16, 2024**.

Dated:  August 12, 2024
         New York, New York

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge