UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV, PETER KHAIMOV, and ROMAN ISRAILOV,

Defendants.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On August 18, 2024, the Government submitted proposed orders of restitution for Defendants Alexander Gulkarov, Peter Khaimov, and Roman Israilov. Any Defendant wishing to make an additional submission concerning restitution will do so by **August 20, 2024, at 5:00 p.m.**

Dated: August 19, 2024
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge