UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ALEXANDER GULKAROV,<br><br>　　　　　　　　　　Defendant. | **ORDER**<br><br>22 Cr. 20 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　　On April 18, 2024, Regina Shakarova filed a third-party petition pursuant to 21 U.S.C. § 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure (Dkt. No. 450) asserting an interest in property subject to a Consent Preliminary Order of Forfeiture as to Defendant Alexander Gulkarov. (Dkt. No. 427)

　　　　　The parties will meet and confer regarding Regina Shakarova's petition and will file a joint status update by **November 1, 2024.**

Dated: New York, New York
　　　　October 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge