UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEXANDER GULKAROV,

Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On April 29, 2024, Vyacheslav Gulkarov filed a third-party petition pursuant to 21 U.S.C. § 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure (Dkt. No. 466) asserting an interest in property subject to a Consent Preliminary Order of Forfeiture as to Defendant Alexander Gulkarov. (Dkt. No. 427)

The parties will meet and confer regarding Vyacheslav Gulkarov's petition and will file a joint status update by **November 1, 2024.**

Dated: New York, New York
       October 10, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge