**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

October 16, 2024

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Date: October 17, 2024

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 705
New York, New York 10007

Re: *United States v. Alexander Gulkarov,* **22-cr-20 (PGG)**

Dear Judge Gardephe:

This letter is respectfully submitted on behalf of the defendant Alexander Gulkarov to request that the Court exonerate Mr. Gulkarov's bond and order Pretrial Services to release his passport.

As confirmed to my staff on Wednesday, October 16, 2024, by an official with the Bureau of Prisons' Federal Correctional Institution at Allenwood Low, Mr. Gulkarov surrendered directly to FCI Allenwood Low (his designated facility) on Tuesday, October 15, 2024.

Thank you for your consideration of this request.

Respectfully Submitted,

/s/

Deborah Colson

cc: All counsel of record (via ECF)